UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLIFFORD ALI,

                Plaintiff,

-against-

MEDICAL DEPT. AT GREEN HAVEN CORRECTIONAL FACILITY; COMMISSIONER ANTHONY J. ANNUCCI, DOCCS; SUPERINTENDENT MILLER; GREEN HAVEN FACILITY; C.O. B. ROADARMEL; C.O. S. MEDINA,

                Defendants.

22-CV-1586 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is currently incarcerated in Green Haven Correctional Facility, filed this action *pro se* on February 25, 2022.[1] On March 4, 2022, the Court received a letter from Plaintiff, *see* ECF No. 5, seeking to withdraw this action. The Court grants Plaintiff's request. This action is therefore dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

## CONCLUSION

The action is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a). This order closes this case.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

---

[1] Plaintiff's complaint is dated February 22, 2022.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 4, 2022
         New York, New York

                                                            /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                          Chief United States District Judge